IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | DOCKET NO. 7:12-CR-22 (HL) |
| VS. : | |
| : | |
| SABREENA WILEY : | |
| : | |

### ORDER

The Motion of the United States to Revoke Bond and request for a bench warrant to be issued for the arrest of **SABREENA WILEY** having been read and considered by the Court, it is hereby:

ORDERED AND ADJUDGED that the clerk of this Court issue a bench warrant for the arrest of **SABREENA WILEY.**

SO ORDERED, this 30th day of October, 2012.

                                             s/ Hugh Lawson
                                             HUGH LAWSON
                                             UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/S/_____
ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY